FORM 7A

# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| HARDWOODS SPECIALTY PRODUCTS US LP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. 25-00117<br>Court No. 25-00121 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action.

Dated: September 5, 2025

/s/ Jeffrey S. Grimson

Attorney for Plaintiff

5335 Wisconsin Ave, NW, Suite 810

Street Address

Washington, DC 20015

City, State and Zip Code

202-688-3610

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Date: _____          Clerk, U.S. Court of International Trade

By:_____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| **Court No. 25-00117** | Hardwoods Specialty Products USLP |
| **Court No. 25-00121** | Hardwoods Specialty Products USLP |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                            Clerk, U. S. Court of International Trade

                                By: _____

                                                Deputy Clerk

(As added Dec. 18, 2001, eff. Apr. 1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)